**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00795-REB

SANDRA J. MORGAN

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing Disability Decision and Directing Award of Benefits of Judge Robert E. Blackburn entered on September 19, 2014. It is

ORDERED that the decision of Commissioner of Social Security is reversed. Judgment is entered in favor of plaintiff against the Commissioner.  The Commissioner is DIRECTED to award plaintiff benefits as of the alleged date of onset of her disability, April 15, 1999, through the date on which she previously was adjudged disabled, December 15, 2003; and plaintiff is AWARDED her costs, to be taxed by the clerk of the court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1, and as permitted by 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 19th day of September, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

By:  s/   s/A. Lowe
           s/A. Lowe
           Deputy Clerk