# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-00795-REB

SANDRA J. MORGAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# ORDER

**Blackburn, J.**

The matter is before the court on **Defendant's Unopposed Motion To Alter or Amend Judgment Pursuant to FED. R. CIV. P. 59(e)** [#17],[1] filed October 8, 2014. As noted in the title of the motion, plaintiff does not oppose the relief requested by the motion. To assist the parties in resolving this matter efficiently and otherwise to eschew further confusion in the resolution of this matter, the court finds and concludes that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Alter or Amend Judgment Pursuant To FED. R. CIV. P. 59(e)** [#17], filed October 8, 2014, is **GRANTED**;

2. That the court's **Order Reversing Disability Decision and Directing Award**

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**of Benefits** [#15], filed September 18, 2014, is **AMENDED** and the following language is **SUBSTITUTED** for paragraph three on page 11 of that Order:

> "3.  That the Commissioner is **DIRECTED** to find that plaintiff is disabled under the Social Security Act as of the alleged date of onset of her disability, April 15, 1999, through the date on which she was previously adjudged disabled, December 15, 2003"; and

3.  That in all other respects, the extant order shall remain unchanged and in full force and effect.

Dated October 9, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge