**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00795-REB

SANDRA J. MORGAN

    Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

    Defendant

**AMENDED JUDGMENT**

In accordance with the Order granting Defendant's Unopposed Motion to Alter or Amend Judgment Pursuant to FED. R. CIV. P. 59(e) of Judge Robert E. Blackburn entered on October 9, 2014. It is

ORDERED that the decision of Commissioner of Social Security is reversed. The Commissioner is DIRECTED to find that plaintiff is disabled under the Social Security Act as of the alleged date of onset of her disability, April 15, 1999, through the date on which she was previously adjudged disabled, December 15, 2003.

Dated at Denver, Colorado this 9th day of October, 2014.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                          By: s/ A. Lowe

                                A. Lowe
                                Deputy Clerk