# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-00795-REB

SANDRA J. MORGAN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## ORDER

---

**Blackburn, J.**

      The matter before me is the parties' joint **Motion for Order Approving Stipulation of Award of Attorney Fees and Expenses Under the Equal Access to Justice Act** [#20],[1] filed December 8, 2014.  Based on the parties stipulation and the record, I find and conclude that the motion is well-taken and should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the parties' joint **Motion for Order Approving Stipulation of Award of Attorney Fees and Expenses Under the Equal Access to Justice Act** [#20], filed December 8, 2014, is **GRANTED**; and

      2.  That under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is **AWARDED** attorney fees of $5,230.00 and expenses.

---

[1]  "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated December 10, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge